UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BURL EVANS,
    Plaintiff,

v.

DISTRICT ATTORNEY OF CONTRA COSTA COUNTY, et al.,
    Defendants.

Case No. 14-cv-05681-JCS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).[1] Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or (2) full payment for the filing fee of $400.00.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** February 20, 2015

                                         JOSEPH C. SPERO
                                         Chief United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Compl. at 4.) The magistrate judge, then, has jurisdiction to decide this motion, even though defendants have not been served or consented to magistrate judge jurisdiction. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995)

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURL EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT ATTORNEY OF CONTRA COSTA COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-05681-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 2/20/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Burl Evans ID: C113#J287-Q15
Martinez Detention Facility
901 Court Street
Maritnez, CA 94553


Dated: 2/20/2015


　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By: *Karen L. Hom*
　　　　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO